T.C. Memo. 2005-56

UNITED STATES TAX COURT

PK VENTURES, INC. AND SUBSIDIARIES, ET AL., Petitioners <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket Nos. 5836-99, 6395-99,     Filed March 28, 2005.
              10154-99.

This opinion was withdrawn by order dated

March 7, 2006.